RECEIVED
FEB 2 3 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KERRY J. CONWAY | CIVIL ACTON NO. 6:15-cv-02605 |
| VERSUS | JUDGE DOHERTY |
| MITCH POMMIER, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, defendant Mitch Pommier's motion to set aside the preliminary default (Rec. Doc. 42) is GRANTED, and his motion for a more definite statement of the plaintiff's allegations (Rec. Doc. 42) is DENIED.

Signed at Lafayette, Louisiana, this 23rd day of February, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE