RECEIVED

MAR - 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KERRY J. CONWAY | CIVIL ACTON NO. 6:15-cv-02605 |
| VERSUS | JUDGE DOHERTY |
| MITCH POMMIER, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action be remanded to the 15th Judicial District Court, Vermilion Parish, Louisiana for lack of subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 8 day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE